# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMAL A. VARISTE

NO. 2024 KW 1206

**MARCH 14, 2025**

---

In Re:  Jamal A. Variste, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-14-0058.

---

**BEFORE:  THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**  This court is limited to review of the lower court rulings or the failure of the lower court to act on a properly filed motion or pleading.  Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing, and should include a copy of the lower court's rulings, and a copy of all other pertinent documentation.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT